MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHERRY EGGLER | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:16-cv-02530-JAD-PAL |
| | ) ECF No. 13 |
| MIDLAND CREDIT MANAGEMENT, INC. | ) |
| Defendant. | ) |

**ORDER GRANTING
PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL
OF HER SUPPLEMENTAL STATE LAW CLAIM**

Pursuant to FRCP 41(a)(2) Plaintiff respectfully requests the dismissal of her supplemental state law claim. On November 1, 2016 Plaintiff filed her Complaint [#1] alleging Federal claims under both the Fair Debt Collection Practices Act, 15 USC § 1692 *et seq.* (FDCPA) and Fair Credit Reporting Act, 15 USC § 1681 *et seq.* (FCRA). Plaintiff further alleged a supplemental claim for Invasion of Privacy under Count II of her Complaint. This was the sole state claim asserted.

Plaintiff respectfully requests dismissal of her state claim leaving her pending Federal claims under both the FDCPA and FCRA.

Date: March 2, 2017

Respectfully submitted,

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd., Ste. #95
Las Vegas, NV 89102
Attorney for Plaintiff

**ORDER**

Good cause appearing, and there being no opposition, IT IS HEREBY ORDERED that **Plaintiff's Motion to Voluntarily Dismiss her Supplemental State Law Claim [ECF No. 13] is GRANTED**. This case proceeds on plaintiff's federal law claims only.

_____
District Judge    March 20, 2017