Mitchell D. Gliner, Esq.
Nevada Bar 3419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SHERRY EGGLER<br><br>    Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC.<br><br>    Defendant. | Case No. 2:16-cv-02530-JAD-PAL<br><br>ECF No. 15 |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

MITCHELL D. GLINER, ESQ.

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar #3419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
Attorney for Plaintiff

NAYLOR & BRASTER
~~MAUPIN • NAYLOR • BRASTER~~

_____
JOHN M. NAYLOR, ESQ.
Nevada Bar #5435
JENNIFER L. BRASTER, ESQ.
Nevada Bar #9982
1050 Indigo Drive, Suite 110B
Las Vegas, NV 89145
Attorneys for Defendant

**ORDER**

Based on the parties' stipulation [ECF No. 15] and good cause appearing, it is hereby ORDERED that this case is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
Jennifer Dorsey
United States District Judge
4/17/17